IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ERIC E POTTER**                                                                                       **PLAINTIFF**

v.                                     Case No. 4:21-CV-00945-LPR

**KILOLO KIJAKAZI,**
**ACTING COMMISSIONER of**
**SOCIAL SECURITY ADMINISTRATION**                                                **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge J. Thomas Ray.[1] No objections have been filed, and the time for doing so has passed. After a careful and *de novo* review of the RD and the record, the Court concludes that the RD should be, and hereby is, approved and adopted in its entirety as this Court's findings.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is REVERSED, and the case is REMANDED for further review. This is a sentence four remand under 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 9th day of March 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Doc. 13.